# Exhibit A

## Gordon Novod

| | |
|---|---|
| **From:** | Gordon Novod |
| **Sent:** | Monday, February 16, 2015 7:18 PM |
| **To:** | david.seligman@kirkland.com |
| **Cc:** | Jay Eisenhofer; Mark C. Gardy - Gardy & Notis, LLP (mgardy@gardylaw.com); jnotis@gardylaw.com; mfarmer@gardylaw.com; Paul M. Basta P.C. (paul.basta@kirkland.com); james.sprayregen@kirkland.com; David J. Zott - Kirkland & Ellis LLP (david.zott@kirkland.com) |
| **Subject:** | In re Caesars Entertainment Operating Company, Inc., et al.: Examiner Motion [IWOV-LEGAL.FID101264] |

| **Tracking:** | Recipient | Delivery |
|---|---|---|
| | david.seligman@kirkland.com | |
| | Jay Eisenhofer | Delivered: 2/16/2015 7:18 PM |
| | Mark C. Gardy - Gardy & Notis, LLP (mgardy@gardylaw.com) | |
| | jnotis@gardylaw.com | |
| | mfarmer@gardylaw.com | |
| | Paul M. Basta P.C. (paul.basta@kirkland.com) | |
| | james.sprayregen@kirkland.com | |
| | David J. Zott - Kirkland & Ellis LLP (david.zott@kirkland.com) | |
| | Gordon Novod | Delivered: 2/16/2015 7:18 PM |
| | 'Bus Dev _ Caesars _19980_ _Email <{F101264}.LEGAL@wil-vm-icomm.gelaw.com>' | Delivered: 2/16/2015 7:18 PM |

David,

I represent Mr. Frederick Barton Danner in connection with the Caesars' bankruptcy cases. My firm also represents Mr. Danner as the proposed class plaintiff in the action captioned *Frederick Barton Danner, the plaintiff in Frederick Barton Danner, individually and on behalf of all others similarly situated v. Caesars Entertainment Corp., et al.* No. 14-cv-7973-SAS (S.D.N.Y.) (the "SDNY Action Litigation"), which is currently pending before Judge Shira A. Scheindlin in the U.S. District Court for the Southern District of New York.

I write to you regarding the Debtors' Motion for Entry of an Order (i) Appointing an Examiner, and (ii) Granting Related Relief (the "Motion") [D.I. 363] and the request contained therein that the Bankruptcy Court order that all "parties in interest will refrain from seeking discovery or otherwise commencing or conducting a concurrent investigation into matters substantially similar and/or duplicative of the scope of the examiner's investigation."

As you are aware, Judge Scheindlin recently signed a Scheduling Order that requires all discovery in the SDNY Litigation to be completed by August 1, 2015. A stay of discovery proceedings in the SDNY Litigation during the examiner's investigation will make compliance with Judge Scheindlin's order impossible.

I understand that you have already confirmed to counsel to the plaintiffs in *MeehanCombs Global Credit Opportunities Master Fund, LP, et al. v. Caesars Entertainment Corp., et al.*, Case No. 14-cv-07091-SAS (S.D.N.Y.), that the proposed order on the Motion was not intended to stay any discovery proceedings in that proceeding. I would appreciate your confirming immediately that the Debtors' proposed order on the Motion was not intended to stay any discovery proceedings in the SDNY Litigation and that the order on the Motion will be modified accordingly.

We ask that you advise concerning the foregoing as soon as possible, but under no circumstances by the close of business tomorrow, Tuesday, February 17, 2015.

Thank you,

Gordon Novod

Gordon Z. Novod
Director
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
gnovod@gelaw.com
Tel: 646-722-8523
Fax: 646-722-8501