# Exhibit B

**Gordon Novod**

| | |
|---|---|
| **From:** | Seligman, David R. <dseligman@kirkland.com> |
| **Sent:** | Monday, February 16, 2015 7:49 PM |
| **To:** | Gordon Novod |
| **Cc:** | Jay Eisenhofer; 'Mark C. Gardy - Gardy & Notis, LLP (mgardy@gardylaw.com)'; jnotis@gardylaw.com; 'mfarmer@gardylaw.com'; Basta, Paul M; Sprayregen, James H.M.; Zott, David J. |
| **Subject:** | RE: In re Caesars Entertainment Operating Company, Inc., et al.: Examiner Motion [IWOV-LEGAL.FID101264] |

Gordon, the Debtors' proposed order on the examiner motion was not intended to stay any discovery proceedings in the SDNY Litigation (as you define below).

David R. Seligman P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
david.seligman@kirkland.com
Telephone: 312-862-2463
Facsimile: 312-862-2200
Cellular: 312-953-1574
Assistant: Stephanie Jordan (312-862-3336)
Internet Profile: www.kirkland.com/dseligman

**From:** Gordon Novod [mailto:gnovod@gelaw.com]
**Sent:** Monday, February 16, 2015 6:18 PM
**To:** Seligman, David R.
**Cc:** Jay Eisenhofer; Mark C. Gardy - Gardy & Notis, LLP (mgardy@gardylaw.com); jnotis@gardylaw.com; mfarmer@gardylaw.com; Basta, Paul M; Sprayregen, James H.M.; Zott, David J.
**Subject:** In re Caesars Entertainment Operating Company, Inc., et al.: Examiner Motion [IWOV-LEGAL.FID101264]

David,

I represent Mr. Frederick Barton Danner in connection with the Caesars' bankruptcy cases. My firm also represents Mr. Danner as the proposed class plaintiff in the action captioned *Frederick Barton Danner, the plaintiff in Frederick Barton Danner, individually and on behalf of all others similarly situated v. Caesars Entertainment Corp., et al.* No. 14-cv-7973-SAS (S.D.N.Y.) (the "SDNY Action Litigation"), which is currently pending before Judge Shira A. Scheindlin in the U.S. District Court for the Southern District of New York.

I write to you regarding the Debtors' Motion for Entry of an Order (i) Appointing an Examiner, and (ii) Granting Related Relief (the "Motion") [D.I. 363] and the request contained therein that the Bankruptcy Court order that all "parties in interest will refrain from seeking discovery or otherwise commencing or conducting a concurrent investigation into matters substantially similar and/or duplicative of the scope of the examiner's investigation."

As you are aware, Judge Scheindlin recently signed a Scheduling Order that requires all discovery in the SDNY Litigation to be completed by August 1, 2015. A stay of discovery proceedings in the SDNY Litigation during the examiner's investigation will make compliance with Judge Scheindlin's order impossible.

1

I understand that you have already confirmed to counsel to the plaintiffs in *MeehanCombs Global Credit Opportunities Master Fund, LP, et al. v. Caesars Entertainment Corp., et al.*, Case No. 14-cv-07091-SAS (S.D.N.Y.), that the proposed order on the Motion was not intended to stay any discovery proceedings in that proceeding. I would appreciate your confirming immediately that the Debtors' proposed order on the Motion was not intended to stay any discovery proceedings in the SDNY Litigation and that the order on the Motion will be modified accordingly.

We ask that you advise concerning the foregoing as soon as possible, but under no circumstances by the close of business tomorrow, Tuesday, February 17, 2015.

Thank you,

Gordon Novod


Gordon Z. Novod
Director
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
gnovod@gelaw.com
Tel: 646-722-8523
Fax: 646-722-8501

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************